IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:02CR3148 |
| ) | |
| THOMAS PAVLIK, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 36 now set for November 7, 2008, at 12:30 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of January, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 4th day of November, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge