IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| THOMAS PAVLIK, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer,

IT IS ORDERED that Defendant Pavlik's revocation hearing is rescheduled to Wednesday, February 18, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 12, 2009.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge